# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135674

JEFFREY GROSS,
        Plaintiff-Appellee,

v

PHILIP GARY LANDIN and
WEST BLOOMFIELD TOWNSHIP WATER
AND SEWER DEPARTMENT,
        Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135674
COA: 275077
Oakland CC: 2002-038836-NI

_____/

      On order of the Court, the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

p0421